B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District Of Illinois

In re  Sidney Robert Miller ,                     Case No.  10 B 25290
           Debtor

                                                  Chapter  13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __68.50__   Check one  ☐ With the filing of the petition, or
                         ☑ On or before  Nov. 21, 2011

$ __68.50__   on or before   December, 19, 2011

$ __68.50__   on or before   January 17, 2011

$ _____   on or before _____

☑ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date:  NOV 14 2011

_Pamela S Hollis_
United States Bankruptcy Judge